UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAYNE ROSE,

           Plaintiff,

- against -

RESHMA SHAH and AMIT SEHGAL,

           Defendants.

21-cv-9164 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court previously instructed the parties to file a Rule 26(f) report by February 25, 2022. The deadline for the parties to file a Rule 26(f) report is extended to April 11, 2022. The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           March 18, 2022

                                                John G. Koeltl
                                        United States District Judge